**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00029-CV**
_____

**IN RE MIRANDA TAYLOR**

**Original Proceeding**
**410th District Court of Montgomery County, Texas**
**Trial Cause No. 24-07-11317-CV**

**MEMORANDUM OPINION**

Before we issued an opinion, Relator Miranda Taylor filed a motion to dismiss Relator's original proceeding seeking a writ of mandamus. We grant the motion and dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on February 26, 2025
Opinion Delivered February 27, 2025

Before Johnson, Wright and Chambers, JJ.

1